UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



MEDIA OPTIK, INC., a Florida corporation,

    Plaintiff,

v.

ELECTRONIC ARTS, INC., a California corporation,

    Defendant.

CASE NO. 99-2261-CIV-JORDAN



### STIPULATED ORDER OF DISMISSAL

Pursuant to FED. R. CIV. P. 41, Plaintiff Media Optik, Inc. and Defendant Electronic Arts, Inc. having settled their dispute pursuant to the terms of written settlement agreements between Sony Computer Entertainment America Inc. and Media Optik, Inc., effective as of May 6, 1999 and January 10, 2000, respectively, hereby stipulate to the dismissal with prejudice of this action.

AGREED AND CONSENTED TO:

HERMAN & GRUBMAN, P.A.
Attorneys for Plaintiff
100 Southeast Second Street
NationsBank Tower, Suite 2600
Miami, Florida 33131
Telephone: (305) 377-2200
Facsimile: (305) 577-4234

March 1*4*, 2000

By: _____
JEFFREY M. HERMAN
Florida Bar No. 521647
STUART S. MERMELSTEIN
Florida Bar No. 947245

CASE NO 99-2261-CIV-JORDAN

>Michael N. Kreitzer
>FOWLER, WHITE, BURNETT, HURLEY,
>BANICK & STRICKROOT, P.A.
>Florida Bar No. 705561
>NationsBank Tower – 17th Floor
>100 Southeast Second Street
>Miami, FL 33131-1101
>Tel: (305) 789-9200
>              and
>
>Richard J. Gray
>JENNER & BLOCK
>One IBM Plaza
>Chicago, IL 60611
>*Attorneys for Defendant*

March 17, 2000          By: _____
                             Richard J. Gray

SO ORDERED in Chambers in Miami, Florida on this 24th day of March, 2000:

_____
Adalberto Jordan
United States District Judge

L:\DOCS\CLIENTS\MEDIA\PT\adv.Sony\pica\stipdis-6.doc

-2-